my brother went thru five year apprenticeship local 671. i talked to my brother drinking beer and knew from qualifying a sub almost all he did. my dad behind my back got me a bought pipefitters book. it was bought march 1984 for 1,212.90 claiming my pension contribution, basically 1,200 buying a journeyman book. i obvious was still in the navy california until june 1984. they roll it into a pension game break in employment so they can keep it. another poart says 1,355.70 and no year for when this contributed. i had steady work a couple of years shown. then came george bush submarine accident and then mark siebarth phone call 2002. this incident happened 1996 not 2002 and i was thru three years immigration games my ex wife. i went back to florida bush focused terrorism i believe lee malvo and mohamed rigged. they killed a fbi agent and one of my wire transfers to florida credit union cleared me shootings. locals south disconnected numbers so i drove to those states game i was sniper. i wrote john ashkroft and fbi ashkroft stepped down , then colin powell. my sister game me hiding rapist sent me forms to change social security number game siblings dispute. the union played with fbi rigging me two numbers. then rigged game me a rapist mike tyson put tyson on one UA magazine sending me two. next rigged charles mccoy game i was a highway shooter. i wrote certified his jury, he went not guilty insanity to guilty plea. next rigged michael jacksons jury held up as i sent info and copyrights to library of congress. day it was recieved michael was aquitted. those papers pertain to me not michael and his case. recent held up el chappos jury and case trying to rig me selling pot game with emerson tenney. my apartment manager had family/husband another state. corrupt with fbi residents were rigged screwing me. enclosed is a girl left note on my car then her hairs appeared in my apartment. my cousin nicole froze her pension monroe county courthouse and got a pipefitters book divorcing craig kitts. john pace was fired same courthouse, i wrote the judge obvious corrupt who had fbi mental case wash off city/state/zip sent/returned letter. i tried sending demo tapes and companies my movies. fbi interstate loosened car lug nuts, plus stolen copyrights a locked suitcase a hotel. any celebrity any state i wrote they whored using playboy cards my post office boxes a game. one job two weeks after working with a female i was rigged fired sex harassment. i came home writing fbi headquarters and three toledo shown my door. two reappeared cherry mission shelter after framed ashley schumaker i wrote to first judge of game three. next i was fbi interstate framed as females willingly accepted mailed documents. siebarth and hill used as bait houses, two got pipefitter books a game screwing me. i tried to get my book out of withdrawl not recieving jobs. skip howard refused i went above him as had same games eddie long local 823. both sell pipefitter books to anyone for fbi. celebrities i wrote for copyrights got books local 421 screwing me, and medical pot cards michigan doctor linares. fbi rigged sex games and jobs michigan and ohio, i was tired of blackballed jobs everywhere a game. they had cocaine rigged coming in arizona and shot judge and gabby gifford trying to stop it. i wrote to norweigan cruise lines to get back ed sallees job who was in shelter. he got his job back i was left to rot. fbi rigged job sex cruise games contractors drug tested them when got back. a letter shows situation fbi could care less liability caused. sex games started victoria secrets models i wrote but never sent a letter to. they had michael fletcher leave wife detroit, john pace moved to lansing. fletcher i believe over britney spears shot his wife. games should have ended then, only multiplied by numbers. i wrote females facebook fbi went between. i already wrote every celebrity they were pipefitter booked. every female stays single ten years using guys jobs sex until vested a pension. they had angelina roman of facebook with miley cyrus massachusets worster craigslist wanting casual sex their photos ad. all any facebook girl can do by law is block me my correspondance. i only had two block me you see one telling me to suck my dads cock who has been dead since january 11,1993. fbi told her my dad was a business agent and i was trying to stop selling of books. hilary clinton gathered sent emails to justify books a fbi protection game. once again, by law all they can do is block correspondance facebook. it does not entitle fbi to give out bought books a protection game. hilary erased those saved emails as the one girl rigged a dozen more friends. i 2010 wrote cindy pacheco a model tied to weaver fitness. fbi not only rigged her a book, but all weaver fitness employees. zuckerburg seen me scan my copyrights online facebook so told investors facebook done. you see one sold out then zuckerburg bought control most stock. i had lesbians not wanting guys so fbi rigged x-factor texas. game was sex judges x-factor and

robert plant texas and pipefitter books a pension game. anna laura rojas aguilar ended up internet porn with friends fake names and all got fake names pipefitter books and facebook profiles to correspond. facebook did nothing as i reported multiple identities. emerson tenney at 17 sex game was moved to new york. she is trying to move me to detroit where fbi used those apartments medical pot cards and sex guys auto plants. they also moved a girl there from mcdonalds in toledo at cherry and bancroft. i wrote a megan emerson detroit facebook she was used sex games. i wrote rachel beck who drew pictures unaware married to a lesbian cori hunter detroit with two lesbian sisters. knowing i would be out the shelter with one, moved them interstate drug and sex trafficking. cori and rachel were moved arizona where coke came in. cami was moved new york, tabi to chicago. all were placed celebrities to fly to for coke and sex. all i guarntee also got pipefitter books. they sexed a dozen girls altard state franklin park mall. they extended statute of limitations rape michigan under bush, then again lifetime obama. mark siebarth was not even there the situation and we seen same people flat rock a bar a week later. two guys were there i obvious would have been hit. nobody called 911 i even left on paper my name and phone number any law agency could have traced. i had two decades fbi interstate use me to prey on others. they two decades used a jimmy hoffa hair until finally stopping it. i lost twenty years of my ever so valuable life starting a wife and children and pension. john mccain had 30 years a pension military and almost 30 polotician until cancer. i requested a full pension city of monroe, screwed there, i want a request full pension pipefitters also. i have been literally screwed every immaginable female and any job a pension. facebook sold every persons right to privacy for fbi to prey for sex. a website worth billions and how many did he, himself a game sex. i want court to remove every sold fbi book they have celebrities i never even wrote or heard of getting books. they reduced sex age new york so minors disney and nickelodian go to new york like emerson tenney getting a book. she by no means went there for me her ass left in a shelter. go live three years in your car a shelter no job and see how it feels. i still am living a shelter having no money to go anywhere rigged job games. demi lovato got ten years she overdosed on drugs and shown a agency to meet people. she has no business a book living in a five million dollar house. they have celebrities total control jobs and states and hiltons hotels rigged every job. they made so much money bought motel 6 chain also. i believe chrysler embezzles cars job sites as delivered only so many states. florida, georgia, carolinas, whole west coast alaska to texas thru arizona fbi has jobs rigged. i want removed zuckerburg facebook, the head of ua, and sued 30 million facebook and norweigan cruise lines for creating me and union members fbi books sex games screwing us jobs and incomes. i want fbi interstate terminated screwing me and others for job security rigged pension games people pipefitter books. i know facebook only two blocked me and i had over 200 blocked once played fbi stalking mental games and obvious they got a book. i want facebook sued for their violated right to privacy up to a judge their monetary and punitive damages. any from overseas needs back overseas fbi and hilary clinton under obama had no business even bringing them here but fbi interstate job security. no celebrity had any reason other than to be an interstate whore getting a book. the book is for 30 years work a pension, not 10 millionaires so they all drain the pension fund dry the ones doing 30 years earned. they are tv networks screwing people pensions like moving erica hill and rebecca jarvis three networks in ten years. how many people lost their books by celebrities fbi rigged ten year pension jobs.

WHY DOES DONALD TRUMP WANT TO BUILD A WALL WHEN FBI DECADES FLY THEM IN FROM COUNTRIES OVER THE WALL FAKE IDENTITIES AND PIPE FITTER BOOKS.